JOHN R. HINZ, as Administrator, etc., Appellant, *v.* JOHN
H. STARIN, Respondent.

*Supreme Court, Second Department, General Term, June 28, 1889.*

1. *Default. Terms of opening.*—The plaintiff, who is regular in his prac-
tice in taking a default, should not be required to try the cause upon
the printed case, as a condition of an immediate trial.

2. *Same.*—But in such case, pecuniary terms should be imposed upon
the defendant, as a condition for the favor granted him.

Appeal from a judgment entered at special term.

*Martin J. Keogh*, for appellant.

*Wm. W. Goodrich*, for respondent.

DYKMAN, J.—This is an appeal from an order opening
a default and setting aside an inquest taken in this action
at the March circuit in Westchester county against the
defendant in favor of the plaintiff.

There was a disagreement between the attorneys in re-
lation to the trial of the cause and the counsel for the plaint-
iff was entirely justifiable and regular in bringing the same
on for trial, yet under all the circumstances it was wise to
open the default and set aside the inquest upon proper terms.

We do not think, however, that the discretion of the
court was wisely exercised in relation to the terms, first be-
cause it obliged the counsel for plaintiff who was regular in
his practice to try the cause upon the printed case if he went
to trial that week. That condition obliged the plaintiff to
do what the presiding judge at the circuit could not require
him to do when there was nothing in his conduct or condi-
tion to justify the imposition of such a condition.

We think, also, that pecuniary terms should have been
imposed as a condition for the favor granted to the defend-
ant.

The defendant should have been required to pay $100 to the counsel for the plaintiff, thirty dollars trial fee and ten dollars for opposing the motion to open the default and the legal disbursements for the March term of the court. The order should be modified in the respects mentioned, and as so modified affirmed, without costs.

BARNARD, P. J., concurs; PRATT, J., not sitting.